IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN RAUCH, III**                                                                                          **PLAINTIFF**

v.                                    **CASE NO. 4:24-CV-00108-BSM**

**SOCIAL SECURITY ADMINISTRATION**                                       **DEFENDANT**

**ORDER**

John Rauch's unopposed motion for attorney's fees [Doc. No. 12] is granted, and he is awarded fees in the amount of $7,250.  *See* 28 U.S.C. § 2412.  The Social Security Administration is directed to send the payment to Rauch because fees awarded under section 2412 are payable to the claimant rather than the lawyer.  *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).  Rauch is responsible for making payment to Rory J. Linerud, who represented him.

IT IS SO ORDERED this 11th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE